IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTY MCDOWELL,

    Plaintiff,                           No. CIV S-09-1293 DAD

    v.

MICHAEL J. ASTRUE,             ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        On May 13, 2009, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. The required time has now expired, and plaintiff has neither filed a motion for summary judgment and/or remand, nor requested an extension of time to do so.

        Good cause appearing, IT IS ORDERED that plaintiff shall show cause in writing within fifteen days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in dismissal of the action.

DATED: December 7, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/mcdowell1293.osc.ftp